FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHEILA D.,<br><br>                Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>  Commissioner of Social Security,<br><br>                Defendant. | NO: 1:25-CV-3118-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Motion for a Stipulated Remand (ECF No. 17). The parties agree that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Motion for a Stipulated Remand (ECF No. 17) is **GRANTED**.

2. Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be **REVERSED and REMANDED.** Upon remand,

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

the Appeals Council will instruct the Administrative Law Judge to reevaluate Acquiescence Ruling 97-4(9); obtain evidence from a medical expert or consultative examiner to clarify the nature, severity, and effects of the claimant's physical impairments; reevaluate the claimant's impairments; reevaluate the claimant's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; and offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

3. Upon proper presentation, the Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** January 7, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2