AO 450 (Rev. 11/11) Judgment in a Civil Action

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Jan 07, 2026**
SEAN F. MCAVOY, CLERK

SHEILA D.

    *Plaintiff*
v.
FRANK BISIGNANO,
Commissioner of Social Security

    *Defendant*

Civil Action No. 1:25-CV-3118-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ___%, plus post judgment interest at the rate of ___% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Pursuant to the Court Order at ECF No 18, the Parties' Motion for a Stipulated Remand (ECF No. 17) is GRANTED. Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.

Date: 1/7/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*